# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

MARIO BANDA-ALICEA,

          Plaintiff,

vs.

CORRECTIONS CORPORATION OF
AMERICA, *et al*.,

          Defendants.

2:14-cv-01437-GMN-VCF
**ORDER**

This matter involves incarcerated *pro se* Plaintiff Mario Banda-Alicea's civil rights action against Corrections Corporation of America, Charlotte Collins, M. Sedgwik, S. Connors, and Jim Chism. Before this court is Plaintiff's Motion for Appointment of Counsel. (#7). For the reasons stated below, Plaintiff Banda-Alicea's Motion is denied with leave to renew.

## BACKGROUND

Plaintiff filed a Complaint against multiple defendants and Motion for Leave to Proceed *in forma pauperis* for events that took place while he was incarcerated at the Nevada Southern Detention Center ("NSDC"). (#1). Plaintiff alleged two counts and sought declaratory relief, injunctive relief, and monetary damages. (#1). In its Screening Order (#3), the court dismissed Plaintiff's Due Process Claim based on the NSDC's and U.S. Marshal's Service policy that limits certain high risk detainees from participating in the volunteer work program, because the policy serves a legitimate purpose by ensuring the security of the facility. The court allowed Plaintiff's Equal Protection Clause claim regarding how the NSDC applies the policy to pretrial detainees to proceed. (#3). The court found that based on the Plaintiff's allegations, the NSDC allows pretrial detainees with detainers for pending charges with other

agencies to work even though the U.S. Marshal's policy forbids that. (#3).This policy would create a situation where similarly situated detainees face disparate treatment without a rational basis for the distinction. (#3).

Following the Order, Plaintiff filed a Motion for Appointment of Counsel. (#7). The Motion states that the Plaintiff is unable to afford counsel, has tried to secure his own counsel and failed, has limited law experience, and has a case containing complex issues. Attached to the Motion is a Declaration in Support that covers the same basic assertions. There is also a Memorandum of Law attached to the Motion. Unfortunately, it appears to be cut off after the first page, because it ends mid-sentence. The Motion, Declaration, and Memorandum add nothing to the facts of the case. The Memorandum begins to cite to a legal standard for appointing counsel for an indigent litigant, but the Memorandum ends before the citation is given. The persuasive or mandatory authority of this statement is unclear, and brief research into the matter does not show an instance where a 9th Circuit or Nevada District Court has used the legal standard quoted.

## LEGAL STADARD

There is no constitutional right to appointed counsel in a federal civil rights action. *See, e.g.*, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *op. reinstated in pertinent part*, 154 F.3d 952, 954 n. 1 (9th Cir. 1998) (en banc). Under 28 U.S.C. § 1915(e)(1), the district court may request that an attorney represent an indigent civil litigant. *See, e.g.*, *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir.1986); 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel.").

While the decision to request counsel is a matter that lies within the discretion of the district court, the court may exercise this discretion to request or "appoint" counsel only under "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991). "A finding of exceptional

1

2

circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the issues involved. Neither of these factors is dispositive and both must be viewed together before reaching a decision." *Id.*

3

4

## DISCUSSION

5

6

In its current form, Banda-Alicea's Motion fails to satisfy this high standard. While his claim for violations of the Equal Protection Clause survived the screening process, the standard is much lower in that proceeding. The purpose of screening is to dismiss frivolous and malicious claims or claims that fail to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b)(1),(2). In reviewing a motion to appoint counsel in this matter, the court must evaluate the likelihood of success of the Plaintiff's claims. *Terrell*, 935 F.2d at 101. It is Plaintiff's burden to demonstrate the likelihood of success. *Rand*, 113 F.3d at 1525. Plaintiff's Motion for Appointment of Counsel made no arguments regarding the likelihood of his success. (#7). While the memorandum could have discussed this issue, the version submitted to the court is incomplete[1]. This has prevented the court from evaluating the merits of Plaintiff's requests. Therefore, Plaintiff is granted leave to renew his Motion with the complete Memorandum attachment. The court will evaluate Plaintiff's request for the appointment of counsel at that time.

7

8

9

10

11

12

13

14

15

16

ACCORDINGLY, and for good cause shown,

17

IT IS ORDERED that Banda-Alicea's Motion for Appointment of Counsel (#7) is DENIED with leave to renew.

18

19

20

…

21

…

22

…

23

24

25

---

[1] A copy of the Motion to Appoint Counsel (#7) as it appears on the court docket is attached to this Order as Exhibit A.

IT IS FURTHER ORDERED that Plaintiff's renewed Motion must be filed by February 13, 2015.

IT IS SO ORDERED.

DATED this 22nd day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

Mario Banda - Alicea, pro se
Reg. No. 37772-048
Federal Correctional Institution
37910 North 45th Ave
Phoenix, Arizona  85086



## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mario Banda - Alicea, ) | |
|             Plaintiff, ) | Case No.2:14-CV-01437-GMN |
| v. ) | |
| ) | MOTION TO APPOINT COUNSEL |
| Corrections Corporation of ) | |
| America et al., ) | |

Plaintiff, Mario Banda - Alicia, pursuant to § 1915, requests this Court to appoint counsel to represnt him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.
2. The issues involved in this case are complex.
3. The plaintiff has extremely limited law experience.
4. The plaintiff has attempted to secure counsel on his own in the State ~~of Arizona and~~ of Nevada. He has received no responses on these attempts.

**WHEREFORE**, this Honorable Court should appoint counsel to represent the plaintiff.

Respectfully Submitted,

Mario Banda Alicia          1-7-15
Mario Banda Alicia          Date

Notary Public State of Arizona
Maricopa County
Heather Taylor
My Commission Expires 01/21/2016

Mario Banda - Alicea, pro se
Reg. No. 37772-048
Federal Correctional Institution
37910 North 45th Ave
Phoenix, Arizona  85086

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Mario Banda - Alicea          ) | |
|         Plaintiff,          ) | Case No.2:14 CV-01437 GMN |
| v.          ) | |
| ) | DECLARATION   IN   SUPPORT OF |
| Corrections Corporation of          ) | PLAINTIFF'S MOTION TO |
| America et al.,          ) | APPOINT COUNSEL |

MARIO BANDA   ALICEA states

1.  I  am  the  plaintiff in the above entitled case. I make
this   declaration   in   support  of  my  motion  for  this
appointment of counsel.

2  The complaint in this case alleges that the plaintiff was
discriminated against in violation of his civil rights.

3.  This  is  a  complex  case  because it containts several
different  legal  claims  with the claim involving different
sets of defendants

4. The plaintiff has demanded a jury trial

5. The case will require discovery of documents and possible
depositions of a number of witnesses

6.  The  testimony  will  be  in  sharp  contrast due to the
plaintiff's allegations that defendants discrimnated against

him, while defendants, in their response to administrative remedies assert they did not.

7   The plaintiff has only a high school education with no legal or formal background in law.

8.   The plaintiff is serving a sentence of imprisonment in a Federal Correctional Institution and there is no legal aid available at this institution.

10.   As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of plaintiff's claims, support the appointment of counsel to represent the plaintiff.

WHEREFORE, the plaintiff's motion for appointment of counsel should be granted. Pursuant to 28 U.S.C. 1746 I do declare that the foregoing is true and correct under the penalty of perjury.

Respectfully Submitted,


Mario Banda - Alicea                    1-7-15
                                        Date


Notary Public State of Arizona
Maricopa County
Heather Taylor
My Commission Expires 01/21/2016

Mario Banda - Alicea   pro se
Reg. No. 37772-048
Federal Correctional Institution
37910 North 45th Ave
Phoenix, Arizona  85086

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| Mario Banda - Alicea, | ) | |
| Plaintiff, | ) | Case No.2.14-CV-01437-GMN |
| v. | ) | |
| | ) | MEMORANDUM OF LAW IN SUPPORT |
| Corrections Corporation of | ) | OF PLAINTIFF'S MOTION TO |
| America et al., | ) | APPOINT COUNSEL |

_____  _____

### STATEMENT OF CASE

This  is a civil rights case filed under 42 U.S.C. 1983 by a
Federal Prisoner

### STATEMENT OF FACTS

The  pertinent Statement of Facts are located in the initial
filing and are only briefly summarized here.

### ARGUMENT

### THE COURT SHOULD APPOINT COUNSEL FOR THE PLAINTIFF

In  deciding  whether  to  appoint  counsel  for an indigent
litigant,  the court should consider "the factual complexity
of  the case, the ability of the indigent to investigate the
facts,  the  existence of conflicting testimony, the abiligy
of  the  indigent to present his claim and the complexity of

**NEVADA SOUTHERN DETENTION CENTER**

**Confirmation of Receipt of Monies**

Recevied By: RODRIGUEZ, ▮▮▮▮▮

Date: 6/10/2014

Time: 09:49:22

Receipt #: 332521250

Booking#: 2755487

PCP#: 2095545

Agency ID/CID: 37772048

Name: BANDA-ALICEA, MARIO DAVID

SS#:

Section: G

Block: 3

Cell: 034

Bed: A

| Date/Time | Code<br>Type | Amount<br>Check | Description<br>DL# |
|-----------|-----------|-----------|-----------|
| 06/10/2014 09:48 | Withdrawal<br>PO | -5.75 | BENSON & BINGHAM |

Disclaimer:

This is a temporary receipt.

The amount will be verified and deposited into

your account by the close of the next business day.

==================================================================
Inmate Signature Line


==================================================================
Officer Signature Line

NEVADA SOUTHERN DETENTION CENTER

**Confirmation of Receipt of Monies**

Received By: RODRIGUEZ, ▓▓▓▓▓

Date: 6/10/2014

Time: 09:50:37

Receipt #: 332521314

Booking#: 2755487

PCP#: 2095545

Agency ID/CID: 37772048

Name: BANDA-ALICEA, MARIO DAVID

SS#:

Section: G

Block: 3

Cell: 034

Bed: A

| Date/Time | Code Type | Amount Check | Description DL# |
|-----------|-----------|--------------|-----------------|
| 06/10/2014 09:50 | Withdrawal PO | -5.75 | ALLEN A CAP |

Disclaimer:

This is a temporary receipt.

The amount will be verified and deposited into

your account by the close of the next business day.

============================================================================
Inmate Signature Line

============================================================================
Officer Signature Line

NEVADA SOUTHERN DETENTION CENTER

**Confirmation of Receipt of Monies**

Received By: RODRIGUEZ, ██████

Date: 6/10/2014

Time: 09:51:19

Receipt #: 332521334

Booking#: 2755487

PCP#: 2095545

Agency ID/CID: 37772048

Name: BANDA-ALICEA, MARIO DAVID

SS#:

Section: G

Block: 3

Cell: 034

Bed: A

| Date/Time | Code Type | Amount Check | Description DL# |
|---|---|---|---|
| 06/10/2014 09:50 | Withdrawal PO | -5.75 | CANDACE A CARLYON |

Disclaimer:

This is a temporary receipt.

The amount will be verified and deposited into

your account by the close of the next business day.

============================================================
Inmate Signature Line

============================================================
Officer Signature Line

**Confirmation of Receipt of Monies**

Recevied By: RODRIGUEZ, ▓▓▓▓▓

Date: 9/3/2014

Time: 10:43:08

Receipt #: 333308506

Booking#: 2755487

PCP#: 2095545

Agency ID/CID: 37772048

Name: BANDA-ALICEA, MARIO DAVID

SS#:

Section: G

Block: 3

Cell: 034

Bed: A

| Date/Time | Code Type | Amount Check | Description DL# |
|-----------|-----------|--------------|-----------------|
| 09/03/2014 10:42 | Withdrawal PO | -2.03 | GARY PECK |

Disclaimer:

This is a temporary receipt.

The amount will be verified and deposited into
your account by the close of the next business day.

====================================================================
Inmate Signature Line

====================================================================
Officer Signature Line