1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

5

6

7

8

9

| MARIO BANDA-ALICEA, | ) | |
| | ) | Case No.: 2:14-cv-01437-GMN-VCF |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER ACCEPTING REPORT &** |
| CORRECTIONS CORPORATION OF | ) | **RECOMMENDATION OF MAGISTRATE** |
| AMERICA, *et al.*, | ) | **JUDGE FERENBACH** |
| | ) | |
| Defendants. | ) | |
| | ) | |

10      Before the Court for consideration is the Order and Report and Recommendation (ECF

11   No. 14) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered June 15,

12   2015.  In the Order and Report and Recommendation, Judge Ferenbach ordered Plaintiff to

13   furnish the U.S. Marshal the required USM-285 forms by July 14, 2015 and to complete service

14   on Defendants by August 10, 2015.  Judge Ferenbach further recommended pursuant to Federal

15   Rule of Civil Procedure 4 that this action be dismissed without prejudice if service is not

16   completed by August 10, 2015. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120

17   days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—

18   must dismiss the action without prejudice against that defendant or order that service be made

19   within a specified time.").  As of the date of this Order, service has not been completed.

20      Pursuant to Local Rule IB 3-2(a), objections were due by July 2, 2015.  No objections

21   have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has

22   reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation

23   that Plaintiff's Complaint (ECF No. 4) be dismissed without prejudice pursuant to Federal Rule

24   of Civil Procedure 4.  Therefore, the Court has determined that Magistrate Judge Ferenbach's

25   Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent

with this opinion.

**IT IS THEREFORE ORDERED** that the Order and Report and Recommendation (ECF No. 14) is **ACCEPTED and ADOPTED in full.**  Plaintiff's Complaint (ECF No. 4) is dismissed without prejudice.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 13th day of August, 2015.

_____

Gloria M. Navarro, Chief Judge
United States District Court