AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Mario Banda-Alicea

Plaintiff,

V.

Corrections Corporation of America, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:14-cv-01437-GMN-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of all Defendants and against Plaintiff.

| 8/13/2015 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Danielle Cacciabaudo |
| | (By) Deputy Clerk |